UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **OSCAR ZAMORANO JIMENEZ,** § § *Petitioner*, § v. § § **WARDEN, ERO EL PASO CAMP EAST** § **MONTANA;** § **MARY DE ANDA-YBARRA,** § *in her official capacity as Field Office* § *Director, El Paso Field Office, U.S.* § *Immigration and Customs Enforcement*; § **TODD M. LYONS,** § *in his official capacity as Director of* § *Immigration and Customs Enforcement*; § **KRISTI NOEM,** § *in her official capacity as Secretary of* § *Homeland Security*; § **U.S. DEPARTMENT OF HOMELAND** § **SECURITY; and** § **U.S. IMMIGRATION AND CUSTOMS** § **ENFORCEMENT,** § § *Respondents*. § | **EP-26-CV-00214-DCG** |

### ORDER DISMISSING PETITION WITHOUT PREJUDICE

Pursuant to Petitioner Oscar Zamorano Jimenez's "Notice of Dismissal Without Prejudice" (ECF No. 3), the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

The Court **DENIES** "Petitioner's Application for an Order to Show Cause in Support of Petition for Habeas Corpus" (ECF No. 2) as **MOOT**.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 5th day of February 2026.**

*(signature)*
_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**